LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
RAVEN YIM, ESQ.
Nevada Bar No. 14972
**SPRINGEL & FINK LLP**
9075 Park Run Drive, Suite 302
Las Vegas, Nevada  89148
Telephone:  (702) 804-0706
Facsimile:   (702) 804-0798
E-Mail:     *lfink@springelfink.com*
            *ryim@springelfink.com*

Attorneys for Defendant
*LVNV FUNDING, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLIVER ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC,<br><br>    Defendant. | Case No.:  2:20-CV-01888-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO COMPLAINT** |

### STIPULATION AND ORDER TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO COMPLAINT

   Defendant LVNV FUNDING, LLC ("LVNV") and Plaintiff OLIVER ROBINSON ("Plaintiff")(collectively, the "Parties"), stipulate and agree as follows:

   1.   LVNV requires additional time to investigate Plaintiff's allegations and respond to Plaintiff's Complaint.  This is LVNV's first request for an extension; and

   2.   The Parties hereby stipulate to extend LVNV's time to respond to the Complaint from November 13, 2020 to December 11, 2020 (28 days).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that LVNV's response to Plaintiff's Complaint shall be filed on or before December 11, 2020.

Dated this 11th day of November 2020.        Dated this 11th day of November 2020.

LAW OFFICES OF NICHOLAS M. WAJDA        SPRINGEL & FINK LLP

By: /s/ NICHOLAS M. WAJDA                By: /s/ LEONARD T. FINK
NICHOLAS M. WAJDA                        LEONARD T. FINK, ESQ.
NEVADA BAR NO. 11480                     NEVADA BAR NO. 6296
871 CORONADO CENTER DRIVE                RAVEN YIM, ESQ.
SUITE 200                                NEVADA BAR NO. 14972
HENDERSON, NEVADA 89052                  9075 DIABLO DRIVE, SUITE 302
                                         LAS VEGAS, NEVADA 89148
Attorneys for Plaintiff
*OLIVER ROBINSON*                        Attorneys for Defendant
                                         *LVNV FUNDING, LLC*

**IT IS SO ORDERED:**

DATED this 12th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
Case No.:  2:20-CV-01888-JAD-DJA

**STIPULATION AND ORDER TO EXTEND DEFENDANT LVNV FUNDING, LLC'S
TIME TO RESPOND TO COMPLAINT**

**CERTIFICATE OF SERVICE**
Oliver Robinson v. LVNV Funding, LLC
Case No.:  2:20-CV-01888-JAD-DJA

Pursuant to FRCP 5(b), on **November 11, 2020** the foregoing document entitled: **STIPULATION AND ORDER TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO COMPLAINT** was served as follows:

[ X ]   *VIA E-SERVICE: served upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF system pursuant to LR 4-1 to those participating in the Court's electronic filing system.*

[  ]    VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business, addressed as follows:

By: */s/ Ella Wilczynski*
An employee of SPRINGEL & FINK LLP